**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Amerjin Co., LLC, Amerjin Energy, LLC, and Xi Zhu v. Ashby LLP

Appellate case number:     01-18-00231-CV

Trial court case number:    2015-41401

Trial court:                        334th District Court of Harris County

On November 25, 2019, appellee, Ashby LLP, filed a letter with this Court "briefly address[ing] six representations made by" appellants, Amerjin Co., LLC, Amerjin Energy, LLC, and Xi Zhu (collectively, "appellants"), in their reply brief.

On November 27, 2019, appellants filed a letter "object[ing] to the filing of [appellee's] letter" and to the Court's consideration of appellee's letter "in this appeal." In the alternative, appellants requested "an opportunity to rebut [a]ppellee's contentions and a due date for filing same." We construe appellants' letter as a motion to strike the November 25, 2019 letter filed by appellee.

We grant appellants' motion in part and deny the motion in part. We **deny** appellants' request to strike the November 25, 2019 letter filed by appellee. We **grant** appellants leave to file a letter in reply to appellee's November 25, 2019 letter. Appellants' letter may only address matters raised by appellee in its November 25, 2019 letter, may not exceed three pages, and will be **due within 7 days of the date of this order**.

The Court will not entertain additional responsive briefing or letters between the parties without a specific request from the Court.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss___
                           ☒ Acting individually     ☐ Acting for the Court

Date: ___December 3, 2019___